**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| **In re:** § | | |
| § | | |
| § | | |
| **GVS TEXAS HOLDINGS I, LLC,** § | **Case No. 21-31121** | |
| § | | |
| Debtor. § | | |
| § | | |
| § | | |
| Tax I.D. No. 81-3737458 § | | |
| ------------------------------------------------- § | | |
| **In re:** § | | |
| § | | |
| § | | |
| **GVS PORTFOLIO I B, LLC,** § | **Case No. 21-31119** | |
| § | | |
| Debtor. § | | |
| § | | |
| § | | |
| Tax I.D. No. 83-2577171 § | | |
| ------------------------------------------------- § | | |
| **In re:** § | | |
| § | | |

| | | |
|---|---|---|
| **GVS PORTFOLIO I, LLC,** | § | Case No. 21-31120 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 83-2246441 | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **WC MISSISSIPPI STORAGE PORTFOLIO I, LLC,** | § | Case No. 21-31125 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 47-4670423 | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **GVS NEVADA HOLDINGS I, LLC,** | § | Case No. 21-31126 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 32-0504849 | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **GVS OHIO HOLDINGS I, LLC** | § | Case No. 21-31123 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 81-3746449 | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **GVS MISSOURI HOLDINGS I, LLC,** | § | Case No. 21-31127 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 81-3785452 | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | |
| **GVS NEW YORK HOLDINGS I, LLC** | § | Case No. 21-31128 |

2

| | | |
|---|---|---|
| **Debtor.** | § § § § | |
| Tax I.D. No. 36-4845858 | § § | |
| ------------------------------------------- | § § | |
| **In re:** | § § § | |
| **GVS INDIANA HOLDINGS I, LLC** | § § § § | **Case No. 21-31129** |
| **Debtor.** | § § § | |
| Tax I.D. No. 81-3763929 | § § | |
| ------------------------------------------- | § § | |
| **In re:** | § § § | |
| **GVS TENNESSEE HOLDINGS I, LLC,** | § § § | **Case No. 21-31131** |
| **Debtor.** | § § § | |
| Tax I.D. No. 37-1835909 | § § | |
| ------------------------------------------- | § § | |
| **In re:** | § § § | |
| **GVS TEXAS HOLDINGS II, LLC LLC,** | § § § § | **Case No. 21-31122** |
| **Debtor.** | § § § | |
| Tax I.D. No. 30-0951225 | § § | |
| ------------------------------------------- | § § | |
| **GVS OHIO HOLDINGS II, LLC GP LLC,** | § § § § | **Case No. 21-31124** |
| **Debtor.** | § § § | |
| Tax I.D. No. 82-1662376 | § § | |
| ------------------------------------------- | § § | |
| **In re:** | § § § | |
| **GVS ILLINOIS HOLDINGS I, LLC,** | § § § | **Case No. 21-31130** |
| **Debtor.** | § § § | |

3

| | |
|---|---|
| Tax I.D. No. 82-1669944 | § |
| ------------------------------------------------------ | § |
| **In re:** | § |
| | § |
| **GVS COLORADO HOLDINGS I, LLC** | §    Case No. 21-31132 |
| | § |
| **Debtor.** | § |
| | § |
| Tax I.D. No. 82-1320408 | § |
| ------------------------------------------------------ | § |

## ORDER FOR JOINT ADMINISTRATION OF CASES

On the motion for joint administration of these cases under Bankruptcy Rule 1015 (the "Motion"),[1] the Court orders that the above referenced cases are jointly administered under Case No. 21-31121. Additionally, the following items are ordered:

1. __X__ One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. __X__ Case Nos. 21-31120, 21-31121, 21-31122, 21-31123, 21-31124, 21-31125, 21-31126, 21-31127, 21-31128, 21-31129, 21-31130, 21-31131, 21-31132 shall be transferred to Judge Larson, who has the lowest numbered case.

3. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. __X__ Other: See below.

   1. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates. The caption of the jointly administered cases should read as follows:

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GVS TEXAS HOLDINGS I, LLC, *et al.*,[1] | § § | Case No. 21-31121 |
| Debtors. | § § § | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GVS Texas Holdings I, LLC (7458); GVS Portfolio I B, LLC (7171); GVS Portfolio I, LLC (6441); WC Mississippi Storage Portfolio I, LLC (0423); GVS Nevada Holdings I, LLC (4849); GVS Ohio Holdings I, LLC (6449); GVS Missouri Holdings I, LLC (5452); GVS New York Holdings I, LLC (5858); GVS Indiana Holdings I, LLC (3929); GVS Tennessee Holdings I, LLC (5909); GVS Texas Holdings II, LLC (1225); GVS Ohio Holdings II, LLC (2376); GVS Illinois Holdings I, LLC (9944); and GVS Colorado Holdings I, LLC (0408). The location of the Debtors' service address is: 814 Lavaca Street, Austin, Texas 78701.

2.    The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

3.    A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of GVS Texas Holdings I, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas directing joint administration of the chapter 11 cases of: GVS Texas Holdings I, LLC, Case No. 21-31121; GVS Portfolio I B, LLC, Case No. 21-31119; GVS Portfolio I, LLC, Case No. 21-31120; WC Mississippi Storage Portfolio I, LLC, Case No. 21-31125; GVS Nevada Holdings I, LLC, Case No. 21-31126; GVS Ohio Holdings I, LLC Case No. 21-31123; GVS Missouri Holdings I, LLC, Case No. 21-31127; GVS New York Holdings I, LLC, Case No. 21-31128; GVS Indiana Holdings I, LLC Case No. 21-31129; GVS Tennessee Holdings I, LLC, Case No. 21-31131; GVS Texas Holdings II, LLC Case No. 21-31122; GVS Ohio Holdings II, LLC Case No. 21-31124; GVS Illinois Holdings I, LLC, Case No. 21-31130; and GVS Colorado Holdings I, LLC, Case No. 21-31132.

        All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-31121.

4.       The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5.       The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out income and disbursements on a debtor-by-debtor basis.

6.       The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementations, interpretations, or enforcement of this Order.

# # # End of Order # # #

.