**Fill in this information to identify the case:**

Debtor name: GVS Portfolio I B, LLC, et al.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 21-31119-MVL

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Consolidated) 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ohio Department of Taxation | PO Box 181140, Columbus, OH 43218-1140 | Sales taxes | Disputed | | | $1,291,629 |
| 2 | Bayard PA | Attn: Neil B. Glassman<br>600 N. King St, Suite 400<br>Wilmington, DE 19801<br>Phone: (302) 655-5000<br>Email: nglassman@bayardlaw.com | Professional Services | | | | $479,663.26 |
| 3 | Cupertino Builders, LLC | 1159 Sonora Ct, Suite 202, Sunyvale, CA 94086 | Trade | | | | $432,754.18 |
| 4 | Vision Builders | 8130 State Highway 150 West, Coldspring, TX 77331 | Trade | Disputed, Contingent | | | $287,975.84 |
| 5 | AllPro | 124 E. Bandera, Suite 204, Boerne, TX 78006 | Trade | Contingent | | | $190,238.21 |
| 6 | West Texas Stone Solutions | 5206 Orsini Blfs, Round Rock, TX 78665 | Trade | | | | $186,543.19 |
| 7 | Alliance Tax Advisors | 433 E. Las Colinas Blvd, Suite 300, Irving, TX 75039 | Professional Services | | | | $136,328.53 |
| 8 | Siegel Jennings Co., L.P.A. | 23425 Commerce Park Dr, Suite 103, Cleveland, OH 44122 | Professional Services | | | | $132,530.37 |

Debtor  GVS Portfolio I B, LLC, et al.  
        Name

Case number (*if known*) 21-31119-MVL

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SpareFoot | 720 Brazos Street, Suite 300, Austin TX 78701 | Trade | | | | $55,793.60 |
| 10 | City of Houston Utility Bill - Water - 1560 | PO Box 1560, Houston, TX 77251 | Utilities | | | | $43,701.89 |
| 11 | WASTE-MANAGERS, LLC | PO Box 847, Corning, CA 96021 | Utilities | | | | $35,065.33 |
| 12 | Holland Roofing Inc. | 7450 Industrial Road, Florence, KY 41042 | Trade | | | | $30,430.21 |
| 13 | Mississippi Power | PO Box 245, Birmingham, AL 35201-0245 | Utilities | | | | $26,375.07 |
| 14 | Pedernales Electric Cooperative -PEC | PO Box 1, Johnson City, TX 78636 | Utilities | | | | $24,691.02 |
| 15 | Penco Access Control LLC | 4067 Hollister Street, Houston, TX 77080 | Trade | | | | $21,259.31 |
| 16 | Sibrian Landscaping | 5300 DeSoto Drive, Apt. 329, Houston, TX 77091 | Trade | | | | $19,978 |
| 17 | Brookstone Construction Group LLC | 521 Sage Run Dr., Lebanon, OH 45036 | Trade | Disputed | | | $16,133.75 |
| 18 | Southern Pine Electric Power Association | PO Box 60, Taylorsville, MS 39168-0060 | Utilties | | | | $15,979.21 |
| 19 | SiteLink | P.O. Box 19744, Raleigh, NC 27619 | Trade | | | | $14,798.62 |
| 20 | City of Dallas Water Utilities | City Hall, 2D South, Dallas, TX 75277 | Utilities | | | | $14,274.60 |

Debtor  GVS Portfolio I B, LLC, et al.
Name

Case number (if known) 21-31119-MVL

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | SAGE Storage Insurance Servicing | 121 Broadway, Suite 574, San Diego, CA 92101 | Insurance | | | | $14,149.99 |
| 22 | Bottini Fuel | PO Box 1640, Wappingers Falls, NY 12590-8640 | Trade | | | | $13,953.22 |
| 23 | Cardinal Landscaping | 1192 S. Nixon Camp Rd., Oregonia, OH 45054 | Trade | Disputed | | | $12,581.09 |
| 24 | HD Supply Facilities Maintenance Ltd | PO Box 509058, San Diego, CA 92150-9058 | Trade | | | | $12,118.43 |
| 25 | Prosperity Construction LLC | 100 Calumet Gardens, Ste 103, Madison, MS 39110 | Trade | | | | $11,548.14 |
| 26 | Ameren Illinois | PO Box 88034, Chicago, IL 60680-1034 | Utilities | | | | $11,330.12 |
| 27 | Youngstown Fence Inc. | 235 E. Indianola Avenue, Youngstown, OH 44507 | Trade | | | | $10,110.31 |
| 28 | RMM Houston, LLC | 7450 Industrial Road, Florence, KY 41042 | Trade | | | | $9,680 |
| 29 | A&A Landscaping and Plowing, Inc | 27 Delano St, Poughkeepsie, NY 12601 | Trade | | | | $9,600 |
| 30 | Constellation NewEnergy, Inc | P.O. Box 4640, Carol Stream, IL 60197-4640 | Utilities | | | | $9,508.03 |

**Fill in this information to identify the case and this filing:**

Debtor Name: GVS Portfolio I B, LLC, et al.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 21-31119-MVL

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Consolidated)
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/21/2021
MM / DD / YYYY

✗ /s/ Robert D. Albergotti
Signature of individual signing on behalf of debtor

Robert D. Albergotti
Printed name

Authorized Party
Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**