1st Advance Security   Investigations
P.O. Box 61128
Dayton, OH 45406


217 Heating   Cooling, Inc
403 Yalow Dr
Champaign, IL 61822


217, Inc
807 Dennison Dr
Champaign, IL 61820


4imprint
101 Commerce St
P.O. Box 320
Oshkosh, WI 54901


911 Security Cameras, Inc
10874 Plano Rd, Ste B
Dallas, TX 75238


A   C Masonry Construction, LLC
404 Astor Ave
Dayton, OH 45449


A   K Waterworks LLC
150 Oak Knoll Ave NE
Warren, OH 44483


A A Landscaping and Plowing, Inc
27 Delano St
Poughkeepsie, NY 12601


A Deft Hand LLC
P.O. Box 226
Summit Station, OH 43073


AA All Services
P.O. Box 822265
N Richland Hills, TX 76182

Absolute Pest Control
P.O. Box 287
League City, TX 77574-0287


Adam Farmer
237 Jackson St
Denver, CO 80206


Adam Perez
dba Americas Door and More
15819 Escher Rd
Cypress, TX 77433


Adams and Reese, LLP
Attn  Dept 5208
P.O. Box 2153
Birmingham, AL 35287


ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250-7878


ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485


Advanced Pest Control, Inc
2542 Sullivant Ave
Columbus, OH 43204


AES Ohio formerly DPandL
P.O. Box 1247
Dayton, OH 45401


Aey Electric Inc
801 N Meridian Rd
Youngstown, OH 44509


Affordable Property Cleaners
14911 Yellow Begonia Dr
Cypress, TX 77433

Air Authority Heating   Air Conditioning
654 Reading Rd
Mason, OH 45040


Air Systems Air Conditioning   Heating
P.O. Box 1172
League City, TX 77574


Al Septic Tank Pumping
1515 Buttermilk Hill Rd
Delaware, OH 43015


Aladdin Electric
1201 E Oregon St
Urbana, IL 61802


Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032


Alief ISD Tax Office
P.O. Box 368
Alief, TX 77411


Alliance Tax Advisors
433 E Las Colinas Blvd, Ste 300
Irving, TX 75039


AllPro
124 E Bandera, Ste 204
Boerne, TX 78006


All-Star Garage Door Services
P.O. Box 1864
Olive Branch, MS 38654


Amalia Boner
2209 Empire Central, Apt 130
Dallas, TX 75235

Amanda Blakeney
181 Latigo Loop
Sumrall, MS 39402


Ameren Illinois
P.O. Box 88034
Chicago, IL 60680-1034


American Builders   Contractors Supply
1700 Pacific Ave, Ste 2320
Dallas, TX 75201


American Electric Power  AEPOhio
P.O. Box 24401
Canton, OH 44701-4401


American Quality Fire   Safety, Inc
P.O. Box 5054
Alvin, TX 77512


Anderson Clarkson Johnson Brown PLLC
Attn  Scott K Brown
2812 N Norwalk, Ste 106
Mesa, AZ 85215


Ann Harris Bennett
Tax Assessor Collector
7300 N Shepherd Dr
Houston, TX 77091


Anthony L Carter
7200 Tussing Rd
Reynoldsburg, OH 43068


Arapahoe County
5334 S Prince St
Littleton, CO 80120


ARROW Fire   Safety, LLC
P.O. Box 850092
Mesquite, TX 75185

```
Associated Time   Parking Controls
9104 Diplomacy Row
Dallas, TX 75247


AT T-105262
P.O. Box 105262
Atlanta, GA 30348


AT T-5014
P.O. Box 5014
Carol Stream, IL 60197


Aurora Water
P.O. Box 719117
Denver, CO 80271-9117


Automated Environments
1804 Killians Cove
Cedar Park, TX 78613


Automatic Gates Plus, LLC
10866 State Rte 774
Hamersville, OH 45130


Aztec Fire Extinguisher
P.O. Box 10818
Houston, TX 77206


Barbara J Hester
2816 Jackson Keller Rd, Ste 1101
San Antonio, TX 78213


Barkley Asphalt Co, Inc
15600 Industrial Dr
Independence, MO 64058


Bayard PA
600 N King St, Ste 400
P.O. Box 25130
Wilmington, DE 19899
```

Bayard, Pa
Attn  N B Glassman, E R Fay, G J Flasser
600 N King St, Ste 400
P.O. Box 25130
Wilmington, DE 19899


Beaver Heating   Cooling
12375 Bear Haven Rd
Confier, CO 80433


Behavioral Health Kansas City
10330 Hickman Mills Dr, Bldg II
Kansas City, MO 64137


Best Care Home Services LLC
5250 Pleasant Wiew Rd, Ste 1
Memphis, TN 38134


Bob Albergotti
c/o Cogency Gloal Inc
10 E 40th St, 10th Fl
New York, NY 10016


Bottini Fuel
P.O. Box 1640
Wappingers Falls, NY 12590-8640


Brad D Bailey
813 Zane Dr
Brandon, MS 39042


Brian R Corey
dba Clean Cut Property Maintenance
21 Wagon Wheel Rd
Poughkeepsie, NY 12601


Brookstone Construction Group LLC
521 Sage Run Dr
Lebanon, OH 45036

Bruce Elfant - Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328


Buckeye Custom Carts
256 E Pike St
Morrow, OH 45152


Buds Tree Care
702 Bloomington Rd, St 104
Champaign, IL 61822


BullsEye Telecom Inc
P.O. Box 33752
Detroit, MI 48232-3752


Busch, Ruotolo  Simpson, LLP
Attn  Alan L Busch
1700 Pacific Ave, Ste 2320
Dallas, TX 75201


Callahan Door  Window
35 Industrial Dr
Lexington, OH 44904


Candi Dabadie
21 Old Place Rd
Columbia, MS 39429


Canyon Lake Area Chamber of Commerce
3934 FM 2673
Canyon Lake, TX 78133


Cardinal Landscaping
1192 S Nixon Camp Rd
Oregonia, OH 45054


Carlton Fields, PA
Attn  Charles W Stotter
405 Lexington Ave, 36th Fl
New York, NY 10174

Carlton Fields, PA
Attn  John R Hart and Alexandra D Blye
525 Okeechobee Blvd, Ste 1200
W Palm Beach, FL 33401


Carter Door   Remodeling, LLC
206 NW 12th St
Blue Springs, MO 64015


Carter Gate   Access, LLC
206 NW 12th St
Blue Springs, MO 64015


Carter Lawncare   Lanscaping Co LLC
293 E Kemper Rd, Ste 5
Loveland, OH 45140


Cash Depot
1740 Coprin Dr
Green Bay, WI 54302


Cassandra Johnson- Tax Collector
1776 E Washington St
Urbana, IL 61802


CenterPoint Energy
P.O. Box 4981
Houston, TX 77210-4981


Central IL Rental Property Professionals
dba CIRPP
P.O. Box 1792
Champaign, IL 61824-1792


Century Link
P.O. Box 2961
Phoenix, AZ 85062-2961


Certified Fire Protection, Inc
3400 W Desert Inn Rd, Ste 20
Las Vegas, NV 89102

Champaign County Chamber of Commerce
303 W Kirby Ave
Champaign, IL 61820


Champaign Multimedia Group
Attn  Accounting Dept
P.O. Box 616
West Frankfort, IL 62896


Champaign Renovations
2504 W William St
Champaign, IL 61821


Champion Energy Services
P.O. Box 4190
Houston, TX 77210


Charles Bell
1050 Highway 24 E
Woodville, MS 39669


Chateau Products, Inc
1820 47th Ter E
Bradenton, FL 34203-3773


Chateau Products, Inc
1820 47th Terrace E
Bradenton, FL 34203-3773


Chauncenia Patterson
2304 W 7th St, Apt 202
Hattiesburg, MS 39401


Choate s Air Conditioning   Heating, Inc
820 Herbert Rd, Ste 104
Cordova, TN 38018-2278


Cinthia Akers
402 Lake Wood Loop
Hattiesburg, MS 39402

Cirro Energy
P.O. Box 660004
Dallas, TX 75266-0004


Citizens Energy Group
P.O. Box 7056
Indianapolis, IN 46207-7056


City of Austin
P.O. Box 2267
Austin, TX 78783-2267


City of Brandon Public Works Dept
P.O. Box 1539
Brandon, MS 39043-1539


City of Columbus-910 Dublin Rd
Sewer and Water Services
P.O. Box 182882
Columbus, OH 43218-2882


City of Dallas Water Utilities
City Hall, 2D S
Dallas, TX 75277


City of Dayton
P.O. Box 630575
Cincinnati, OH 45263-0575


City of Deer Park
710 E San Augustine
P.O. Box 700
Deer Park, TX 77536-0700


City of Deer Park
Attn  Jeffery Johnson
Tax Asses.Col., Utility Billing Mngr
710 E San Augustine
Deer Park, TX 77536

City of Flowood
P.O. Box 320069
Flowood, MS 39232-0069


City of Fort Worth
Fire Dept Revenue Group
505 W Felix St
Ft Worth, TX 76115


City of Fort Worth Water Dept
P.O. Box 870
Ft Worth, TX 76101-0870


City of Fort Worth Water Dept
P.O. Box 961003
Ft Worth, TX 76161


City of Houston
Utility Bill - Water -1560
P.O. Box 1560
Houston, TX 77251


City of Houston - 1002
1002 Washington Ave
Houston, TX 77002


City of La Porte
Utility Billing Div
P.O. Box 4636
Houston, TX 77210-4636


City of Las Vegas - Licensing
Dept of Planning, Business Licensing
P.O. Box 748028
Los Angeles, CA 90074


City of Las Vegas Sewer Services
Department of Finance
P.O. Box 748022
Los Angeles, CA 90074-8022

City of Leander
P.O. Box 317
Leander, TX 78646-0317


City of Mansfield - Water/Sewer
99 Park Ave E
Mansfield, OH 44902


City of Mansfield, Alarm Administrator
30 N Diamond St
Mansfield, OH 44902


City of Mesquite
Alarm Program
P.O. Box 140786
Irving, TX 75014-0786


City of Mesquite Water Utilities
P.O. Box 850287
Mesquite, TX 75185-0287


City of Newburgh Tax Collector s Office
83 Broadway
Newburgh, NY 12550-5617


City of Pasadena
Water Dept
P.O. Box 1337
Pasadena, TX 77501


City of Texas City
P.O. Box 3837
Texas City, TX 77592


City of Tomball
501 James St
Tomball, TX 77375-4623


City Of Trotwood Utility
3035 Olive Rd
Trotwood, OH 45426-2656

City Treasurer
125 N Main, Rm 375
Memphis, TN 38103


Cogency Global
1325 J St, Ste 1550
Sacramento, CA 95814


Cogency Global, Inc
122 E 42nd St, 18th Fl
New York, NY 10168


Coker Family, Inc
dba Battery Specialists   Golf Cars
133 W Kenyon Rd
Champaign, IL 61820


Colleen De Vries
c/o Cogency Gloal Inc
10 E 40th St, 10th Fl
New York, NY 10016


Columbia Gas of Ohio
P.O. Box 742510
Cincinnati, OH 45274-2510


Columbus City Treasurer
Columbus Public Health
Environmental Health Licensing Section
240 Parsons Ave
Columbus, OH 43215


Comal County Tax Office
205 N Seguin Ave
New Braunfels, TX 78130


Comcast
P.O. Box 60533
City of Industry, CA 91716-0533

Commercial Recorder
P.O. Box 11038
Ft Worth, TX 76110-0038


Complete Automation
1808 S Pleasantview Dr
Weslaco, TX 78596


Complete Door Systems, Inc
8100 Dahlia St, Bldg 4
Henderson, CO 80640


Compound Security Specialists
440 Industrial Blvd
Austin, TX 78745-1209


Constellation NewEnergy, Inc
P.O. Box 4640
Carol Stream, IL 60197-4640


Cooks Pest Control
P.O. Box 341898
Memphis, TN 38184


Cooper Services, LLC
6969 Worthington Galena Rd, Ste F
Worthington, OH 43085-2308


County Treasurer s Office
P.O. Box 869
Brighton, CO 80601-0869


Creative Blend Design
P.O. Box 592477
San Antonio, TX 78259


Crescent Engineering Co, Inc
1319 First St
P.O. Box 36
La Marque, TX 77568

Crews4Hire, LLC
7850 Katie Dr
Almont, MI 48003

CS Services
P.O. Box 1475
Canyon Lake, TX 78133

Culligan Of Central Ohio
P.O. BOX 2932
Wichita, KS 67201-2932

Culligan Water
c/o CRH Ohio, LTD
8260 Howe Industrial Pkwy, Ste H
Canal Winchester, OH 43110

Cupertino Builders, LLC
1159 Sonora Ct, Ste 202
Sunnyvale, CA 94086

Cupertino Builders, LLC
1159 Sonora Ct, Ste 202
Sunyvale, CA 94086

Daily Commercial Record
706 Main St
Dallas, TX 75202

Daniel Yemma, Treasurer
Mahoning County Court House
120 Market St, 1st Fl
Youngstown, OH 44503

Daryl s A/C   Heating, LLC
200 Hughes Rd
Dickinson, TX 77539

Delaware County Auditor
5555 Perimeter Dr
Dublin, OH 43017

Del-Co Water Co Inc
P.O. Box 742653
Cincinnati, OH 45274-2653


Delta Lawn   Landscaping Corp
5885 Airline Rd, Ste 942
Arlington, TN 38002


Deluxe
P.O. Box 742572
Cincinnati, OH 45274-2572


Dennis HVAC
P.O. Box 69
Seymour, IL 61875


Dept of Revenue State of Mississippi
P.O. Box 1033
Jackson, MS 39215-1033


DH Pace Company
419 Bronco Dr
Bloomington, IL 61704


Dillman Brothers
3509 N Cunningham
Urbana, IL 61802


Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785


Door Controls
130 Veterans Memorial Blvd
Kenner, LA 70062


Door Mart Services
4514 Atascocita Rd
Humble, TX 77346

Door Specialty Company
1216 Parkland Ct
Champaign, IL 61821


Douglas L Delisio
7225 Vineland Pl
Youngstown, OH 44512


DRT Lawn Service
P.O. Box 690
Olmito, TX 78575


Eco Care LLC
1711 Wellington Ave, Ste 2
Youngstown, OH 44509


Edwards McDowell Inc
400 E 10th Ave
N Kansas City, MO 64116-4303


Eldorado Artesian Springs Inc
1783 Dogwood St
Louisville, CO 80027


Elizabeth Gordillo
dba Sago s Tree Service
5204 Coleman St
N Las Vegas, NV 89031


ENGIE Resources, Inc
1990 Post Oak Blvd, Ste 1900
Houston, TX 77056


Entergy
P.O. Box 8108
Baton Rouge, LA 70891-8108


Envirocom, Inc
P.O. Box 19693
Houston, TX 77224-9693

ERAtech Environmental, Inc
3508 Wilmington Pike
Kettering, OH 45429


ESS-GVS Holdings LLC
c/o Extra Space Storage
Attn  Kirk Grimshaw
2795 E Cottonwood Pkwy, Ste 400
Salt Lake City, UT 84121


ESS-GVS Holdings LLC
c/o Extra Space Storage
Attn  Noah Springer
2795 E Cottonwood Pkwy, Ste 400
Salt Lake City, UT 84121


Exell Companies, Inc
P.O. Box 5393
Jackson, MS 39296-5393


Express Junk Removal
3760 Bellwood Dr SE
Warren, OH 44484


EZ Services
7925 Melody Rd
Dayton, OH 45415


Fairfield County Treasurer Office
210 E Main St, Rm 206
Lancaster, OH 43130


FasTrack Mechanical LLC
4210 Field Master Dr
Zionsville, IN 46077


Filter Service of Mississippi, LLC
P.O. Box 300
Marion, MS 39342

Fisher Fire Extinguisher Service, Inc
P.O. Box 3364
Jackson, MS 39207


Flawless Landscaping   Tree Service, LLC
6956 E Broad St, Ste 236
Columbus, OH 43213


Flawless Landscaping and Tree Service
6956 E Broad St, Ste 236
Columbus, OH 43213


Floied Fire Extinguisher   Steam Clean.
3050 Lamar Ave
Memphis, TN 38114


Flooring Surfaces, Inc
401 E Mercury Dr
Champaign, IL 61822


Fort Bend Battery   Golf Cart
2112 First St
Rosenberg, TX 77471


Franklin County Treasurer
373 S High St, 17th Fl
Columbus, OH 43215-6306


Fresh Cut Lawn Care
2218 Morningside Dr
Joseph, IL 61873


FTI Consulting
3 Times Sq, 10th Fl
New York, NY 10036


Furry Overhead Door   Dock Co
1171 Persimmon Rd
Charleston, IL 61920

Galveston County
600 59th St, Rm 4001
Galveston, TX 77551


Gary E Davenport
11193 Brooklyn Rd
Andulasia, AL 46421


Gayle A Herman
3713 Meadow Ridge Ln
Clarksville, TN 37040


Geary Porter   Donovan PC
P.O. Box 700248
Dallas, TX 75370-0248


George s Door Service, Inc
1045 Star Rd
Brandon, MS 39042


Glass Doctor - Memphis
2239 Whitten Rd, Ste 101B
Memphis, TN 38133


Goins GoGetters
1955 Pilgrims Point Dr
Friendswood, TX 77546


Golf Car Company, LLC
8899 Memorial Dr
Plain City, OH 43064


Golf Cars of Dallas
7000 K Ave
Plano, TX 75074


Golf Cart Doctor Inc
11774 S Pacific Pl
Aurora, CO 80014

Golf Carts 4 Fun
P.O. Box 136727
Ft Worth, TX 76135


Goosman Landscaping Inc
P.O. Box 817
Parker, CO 80134


Granite Telecommunications, LLC
Client ID 311
P.O. Box 983119
Boston, MA 02298-3119


Great Door   Supply Inc
222 Andrews Ave
Youngstown, OH 44505


Great Value Storage
Attn  General Counsel
244 5th Ave, Ste 2200
New York, NY 10001


Great Value Storage, LLC
814 Lavaca St
Austin, TX 78701


Greater Cincinnati Water Works
P.O. Box 742505
Cincinnati, OH 45274-2505


Green Works Lawn   Leaf LLC
6750 W 29th Ave
Wheat Ridge, CO 80214


Greenbriar Place Maintenance Association
P.O. Box 60
Hockley, TX 77447-0060


Grove City Area Chamber of Commerce
4069 Broadway
Grove City, OH 43123

GVS Colorado Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Illinois Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Indiana Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Missouri Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Nevada Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS New York Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Ohio Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Ohio Holdings II, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Portfolio I C, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Portfolio I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701

GVS Portfolio I, LLC
814 Lavaca St
Austin, TX 78701


GVS Tennessee Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Texas Holdings I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


GVS Texas Holdings II, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


Haight Fire Equipment Supply
199 Little Britain Rd
Newburgh, NY 12550


Happy Green Service LLC
940 Waterview Way D
Champaign, IL 61822


Hartlauer Signs
3915 W Hacienda Ave, Ste 115
Las Vegas, NV 89118


Haul Guys
105 S Buffalo Ave
Cedar Park, TX 78613


Havard Pest Control, Inc
P.O. Box 15007
Hattiesburg, MS 39404


HD Supply Facilities Maintenance Ltd
P.O. Box 509058
San Diego, CA 92150-9058

Heavenly Landscapes
P.O. Box 795
Crowley, TX 76036


Hilt Custom Carts
4817 Oxford State Rd
Middletown, OH 45011


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Holland Roofing Inc.
7450 Industrial Rd
Florence, KY 41042


HomeTeam Pest Defense, Inc
6450 Cameron St, Ste 107
Las Vegas, NV 89118-4337


Hub Refrigeration  Fixture Co Inc
P.O. Box 17395
Hattiesburg, MS 39404


Hudson Energy Corp
P.O. Box 731137
Dallas, TX 75373-1137


Humble Elevator Service, Inc
P.O. Box 2948
Humble, TX 77347


Hyde Park Chamber of Commerce
P.O. Box 17
Hyde Park, NY 12538


Hyde Park School District
P.O. Box 2033
Hyde Park, NY 12538

ICON Ecological Solutions, LLC
5432 Bridgeport Rd
McKinney, TX 75071-4987


ILa Nelson
2818 S Schenley Ave
Youngstown, OH 44511


Illinois American Water
P.O. Box 94551
Palatine, IL 60094-4551


Illinois Department of Revenue
P.O. Box 19053
Springfield, IL 62794-9053


Imperial Water Conditioning Co, Inc
1620 E Southport Rd
Indianapolis, IN 46227


Indiana Department of Revenue
P.O. Box 0595
Indianapolis, IN 46206-0595


Internal Revenue Service
Attn  Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn  Centralized Insolvency Operation
2970 Market St
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


International Management District
Equi-Tax Inc
P.O. Box 73109
Houston, TX 77273-3109

Jack Smith - Tax Collector
P.O. Box 309
Purvis, MS 39475


Jack Smith Tax Collector
P.O. Box 3069
Purvis, MS 39475


Jackson County
112 W Lexington Ave, Ste 114
Independence, MO 64050


Jackson Walker Llp
Attn  Michael S Held/Jennifer F Wertz
Attn  J Machir Stull/Vienna F Anaya
2323 Ross Ave, Ste 600
Dallas, TX 75201


James Gardner
8057 S Lakeview Dr
Franklin, WI 53132


Jane Santogrossi
2709 Plantation PT
Urbana, IL 61802


Jefcoat Fence Company, Inc
4080 Highway 80 E
Pearl, MS 39208


Jenkins Remodeling    Property Mainten.
5021 Mt Alverno Rd
Cincinnati, OH 45238


Jill Pirrung
7193 Rangline Rd
Union, OH 45322


John Lindback
24065 University Ave E
Bethel, MN 55005

John R Ames, CTA, Tax Assessor Collector
P.O. Box 139066
Dallas, TX 75313-9066


JoVan   Sons Pro Services, Ltd
P.O. Box 2024
Hyde Park, NY 12538


JP Meal
dba Mr Rooter of Youngstown
2755 Salt Springs Rd
Youngstown, OH 44509


Julia Clark   Associates, PC
1404 West Ave, Ste B
Austin, TX 78701


Julia Clark   Associates, PC
Attn  Julia Clark
1401 W Ave, Ste B
Austin, TX 78701


Julian Ruiz Lawn Keeping
500 Mustang Meadow
Dale, TX 78616


Karen Redman
c/o Cogency Gloal Inc
10 E 40th St, 10th Fl
New York, NY 10016


KC Water Services
P.O. Box 807045
Kansas City, MO 64180-7045


Keith Coleman
1262 Oarkridge Ct
Mansfield, OH 44906

Kimble Septic Tank Cleaning    Porta-Pot
300 Sixth Ave
Mansfield, OH 44905


Kings III of America, Inc
751 Canyon Dr, Ste 100
Coppell, TX 75019


Kit Lundin
11900 Joyville Rd, Ste 201784
Austin, TX 78759


Larry D Chizer Sr
10555 Spice Ln
Houston, TX 77072


Las Vegas Toilet Rentals, Inc
2069 Christy Ln
Las Vegas, NV 89156


Las Vegas Valley Water District
1001 S Valley View Blvd
Las Vegas, NV 89153


Lawn 2 Leaves
115 Brookfield Ave
Boardman, OH 44512


Legacy Pest Control
P.O. Box 139
Camargo, IL 61919


Legacy Pest Control LLC
404 S Vine St
Camargo, IL 61919


Levale McNair
29 McNair Dr
Petal, MS 39465

Linebarger Goggan Blair   Sampson, Llp
Attn  Diane W Sanders
P.O. Box 17428
Austin, TX 78760-7428


Linebarger Goggan Blair   Sampson, Llp
Attn  Laurie A Spindler
2777 N Stemmons Fwy
Ste 1000
Dallas, TX 75207


Local Lawn Care LLC
131 Rock Nettle
New Braunfels, TX 78130


Love Heating   Air Conditioning, Inc
4115 E 10th St
Indianapolis, IN 46201


Luis Hernandez
231 S West Rd
Texas City, TX 77591


Luis Hernandez
231 South West Rd
Texas City, TX 77591


M M Golf Cars, LLC
4252 NE Port Dr
Lee s Summit, MO 64064


Marion County Treasurer
200 E Washington St, Ste 1001
Indianapolis, IN 46204


Master AC and Heat, LLC
2607 North Fwy
Houston, TX 77009

Masterpiece Roofing   Painting, LLC
7700 E Iliff Ave, Ste D
Denver, CO 80231


Matthew D Fiorenzo
dba Fiorenzo Hauling
65 Higley Ave
Niles, OH 44446


Matthew Grosshart
617 Seabury Dr
Worthington, OH 43085


McAuley Pest Control
117 Sturges Ave
Mansfield, OH 44903


McMillen Paving   Sealing, Inc
3781 Sullivant Ave
Columbus, OH 43228


Mecurio Lawn Care   Snow Removal LLC
525 Wiles Rd
Mansfield, OH 44907


MegaCity Fire   Security
8210 Expansion Way
Dayton, OH 45424


Memphis Light Gas   Water Div
P.O. Box 388
Memphis, TN 38145-0388


Mesquite Tax Office
P.O. Box 850267
Mesquite, TX 75185


Michael Horton
9003 Flo-Lor Dr, Apt 2
Cornersburg, OH 44511

Michael s Keys, Inc
206 W Bedford Euless Rd
Hurst, TX 76053


Michael s Keys, Inc
4003 Colleyville Blvd
Colleyville, TX 76034


Micheal Smilack
13 Edor Ln
Succasnna, NJ 07876


Midland Loan Services
a Div of PNC Bank NA, as Master Servicer
Attn  Executive VP - Division Head
10851 Mastin St, Ste 700
Overland Park, KS 66210


Midland Loan Services
a div of PNC Bank, NA
Attn  Executive Vice President, Div Head
10851 Mastin St, Ste 700
Overland Park, KS 66210


Mid-South Electric Contractors, Inc
3869 New Getwell Rd
Memphis, TN 38118


Milligans Landscaping
30 S Cross Rd
Staatsburg, NY 12580


Mississippi Power
P.O. Box 245
Birmingham, AL 35201-0245


Missouri Attorney General s Office
Supreme Court Bldg
207 W High St
P.O. Box 899
Jefferson City, MO 65102

```
Missouri Department of Revenue
P.O. Box 555
Jefferson City, MO 65105-0555


Missouri Lawyers Media
P.O. Box 955400
St Louis, MO 63195


Misti Briles
905 14th Ave N
Texas City, TX 77590


Montgomery County Environmental Services
P.O. Box 742598
Cincinnati, OH 45274-2598


Morrison   Foerster LLP
Attn  Joel C Haims, Haimavathi V Marlier
250 W 55th St
New York, NY 10019


Morrison   Foerster Llp
Attn  Theresa A Foudy, James M Peck
Attn  Mark A Lighter
250 W 55th St
New York, NY 10019-9601


Morrison   Foerster LLP
Attn  Thomas Fileti
707 Wilshire Blvd
Los Angeles, CA 90017-3543


Morrison   Foerster LLP
Attn  James M Peck, Mark A Lightner
Attn  Andrew Kissner, H V Marlier
250 W 55th St
New York, NY 10019


MP2 Energy Texas
P.O. Box 202829
Dallas, TX 75320-2829
```

Mr Rooter Plumbing
3801 Godding Hollow Pkwy
Frederick, CO 80516


Mr Sippi Beverages
P.O. Box 16492
Hattiesburg, MS 39404


Nathaniel Parsons
164 1st E St
Sumrall, MS 39402


Natin Paul
814 Lavaca St
Austin, TX 78701


Neat Nando Lawn Care, LLC
70 Hudson Dr
New Windsor, NY 12553


Nevada Department of Taxation
555 E Washington Ave, Ste 1300
Las Vegas, NV 89101


New Climate Heating  Cooling LLC
6929 Tylersville Rd, Ste 10
West Chester, OH 45069


Next To Nature Snow  Ice, LLC
11785 S Conley St
Olathe, KS 66061


Nick s Ice House
2106 Hardy St
Hattiesburg, MS 39401


North by Northwest LLC - NXNW
3801 Prairie Ln
Austin, TX 78728

```
North Houston District
Equi-Tax Inc
P.O. Box 73109
Houston, TX 77273-3109


NV Energy
P.O. Box 30086
Reno, NV 89520-3086


NYS Department of Taxation and Finance
Transaction Desk Audit Bureau
WA Harriman Campus
Albany, NY 12227-0163


Office of the Attorney General
30 E Broad St, 14th Fl
Columbus, OH 43215


Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207


Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548


Office of the Attorney General
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Fl
Denver, CO 80203


Office of the Attorney General
Indiana Government Center South
302 W Washington St, 5th Fl
Indianapolis, IN 46204


Office of the Attorney General
100 W Randolph St
Chicago, IL 60601
```

Office of the Attorney General
100 N Carson St
Carson City, NV 89701


Office of the Attorney General
Bankruptcy Unit
Civil Recoveries Bureau
The Capitol
Albany, NY 12224-0341


Office of the Attorney General
550 High St
Jackson, MS 39201


Office of the County Treasurer
500 S Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155-1220


Office of the US Trustee
Earle Cabell Federal Bldg
1100 Commerce St, Rm 976
Dallas, TX 75242


Ohio Attorney General
P.O. Box 09471
Cleveland, OH 44101-6471


Ohio Department of Taxation
P.O. Box 181140
Columbus, OH 43218-1140


Ohio Edison
P.O. Box 3687
Akron, OH 44309-3687


OMC Gate Service Inc
3404 N Interstate 35E
Lancaster, TX 75134-1540

On the Move, Inc
P.O. Box 1137
Boerne, TX 78006


Oncor Electric Delivery
P.O. Box 910104
Dallas, TX 75391-0104


Orkin
3404 Successful Way
Dayton, OH 45414


Orkin, LLC
P.O. Box 7161
Pasadena, CA 91109


Outstanding Heating   Cooling
4701 Presidential Way
Kettering, OH 45429


Overhead Door Co
46 Hatten Rd
Hattiesburg, MS 39402


Pasadena ISD Tax Office
P.O. Box 1318
Pasadena, TX 77501


Pataskala Area Chamber of Commerce
350 S Main St
P.O. Box 132
Pataskala, OH 43062


Patricia Okura
1926 NW Blue Ridge Dr
Seattle, WA 98177


Paul Bradley
Montgomery County Treasurer
451 W 3rd St
Dayton, OH 45422

Paul s Lawn    Landscape LLC
201 King Ln
Leander, TX 78641


Pedernales Electric Cooperative - PEC
P.O. Box 1
Johnson City, TX 78636


Penco Access Control LLC
4067 Hollister St
Houston, TX 77080


Perdue, Brandon, Fielder, Collins    Mott
Attn  Eboney Cobb
500 E Border St, Ste 640
Arlington, TX 76010


Pestech Pest Solutions
P.O. Box 391
Liberty, NY 12754


PLE Security, Inc
533 E Stroop Rd
Dayton, OH 45429


Positive Pest Control Co, Inc
P.O. Box 295
Brookhaven, MS 39602


Prestige Lawn Solutions
5358 Victory Dr
Indianapolis, IN 46203


Pro Pest, LLC
1305 Gore Rd
Raymore, MO 64083


Prosperity Construction LLC
100 Calumet Gardens, Ste 103
Madison, MS 39110

PTI Security Systems
9160 E Bahia Dr, Ste 100
Scottsdale, AZ 85260


QuikStor Security and Software
6613 Valjean Ave
Van Nuys, CA 91406


Quinton R Foss
Good View Lawn   Landscape
3113 Moffett Rd
Lucas, OH 44843


Ranking County
211 E Government St
Brandon, MS 39042


Raymond Trent Harrison
dba Titan Pest Services
6360 Trinity Creek Dr
Fort Worth, TX 76179


Raymond Trent Harrison
dba Titan Pest Services
6360 Trinity Creek Dr
Ft Worth, TX 76179


Redemption Roofing - Gulf Coast
2600 S Short Blvd, Ste 300
League City, TX 77573


Red-K LLC
dba Mr Electric of Dallas
1169 N Burleson Blvd
Burleson, TX 76028


Regina Morrison-Newman
Shelby County Trustee
P.O. Box 2751
Memphis, TN 38101

Reliable Electric
94 Compark Rd, Ste 200
Centerville, OH 45459


Rentokil North America, Inc
P.O. Box 13848
Reading, PA 19612


Richard Arthur
c/o Cogency Gloal Inc
10 E 40th St, 10th Fl
New York, NY 10016


Richardson ISD - Tax Office
420 S Greenville Ave
Richardson, TX 75081


Richland Area Chamber of Commerce
55 N Mulberry St
Mansfield, OH 44902


Richland County Treasurer Office
50 Park Ave
Manfield, OH 44902


RMM Houston, LLC
7450 Industrial Rd
Florence, KY 41042


Rob s Heating   Cooling Repair
5116 Cranberry Dr
Mineral Ridge, OH 44440


Robert A Kovacevic II
dba RK Restorations
2344 Glenridge Rd
Euclid, OH 44117


Rocky Mountain Access Controls, Inc
8345 Quebec St
Commerce City, CO 80022

Rodgers Landscape
266 E Broad St
Westerville, OH 43081


Roto-Rooter Services Company
5672 Collection Center Dr
Chicago, IL 60693


Roy VanAtta - Licking County Treasurer
20 S 22nd St
Newark, OH 43055


RREF III Storage LLC
30 Hudson Yards
New York, NY 10001


Safeco Alarm Systems, Inc
642 Broadway
P.O. Box 1849
Kingston, NY 12402


SAGE Storage Insurance Servicing
121 Broadway, Ste 574
San Diego, CA 92101


Saul Ewing Arnstein   Lehr LLP
Attn  M Minuti, M Bair DiSabatino
1201 N Market St, Ste 2300
P.O. Box 1266
Wilmington, DE 19899


Scenic Landscapes, LLC
938 Richburg Rd
Hattiesburg, MS 39402


Scott Birlew
308 Hilltop Ct
Mesquite, TX 75149

Scott s Paving Co
1703 Eagles Way
Leander, TX 78641


Security Surveillance System
10630 E Bethany Dr, Ste A
Aurora, CO 80014


Sentinel Systems Corp
1620 Kipling St
Lakewood, CO 80215


ServPro of Champaign / Urbana
3813 N Cunningham Ave
Urbana, IL 61802


Sibrian Landscaping
5300 DeSoto Dr, Apt 329
Houston, TX 77091


Siegel Jennings Co, LPA
23425 Commerce Park Dr, Ste 103
Cleveland, OH 44122


Sign Administration
P.O. Box 2688
Houston, TX 77252-2688


Silco Fire   Security
10765 Medallion Dr
Cincinnati, OH 45241


Simple CertifiedMail.com
2500 Regency Pkwy
Cary, NC 27518-8549


Simple CertifiedMail.com
2500 Regency Pwy
Cary, NC 27518-8549

SiteLink
P.O. Box 19744
Raleigh, NC 27619


SK Service Corp
305 Tiffany Ct
Champaign, IL 61822


South Adams County Water
Sanitation District
P.O. Box 711863
Denver, CO 80271-1863


Southern Pine Electric Power Association
P.O. Box 60
Taylorsville, MS 39168-0060


Southmest MD
Equi-Tax Inc
P.O. Box 73109
Houston, TX 77273-3109


Southwest Gas Corporation
P.O. Box 98890
Las Vegas, NV 89193-8890


Southwest Materials Handling Co
4719 Almond St
Dallas, TX 75247-6499


SpareFoot
720 Brazos St, Ste 300
Austin, TX 78701


Sparkle Bright, Inc
1909 Washington Ave
Houston, TX 77007


Spectrum Business
P.O. Box 60074
City of Industry, CA 91716-0074

Spring Branch Tax Office
8880 Westview Dr
Houston, TX 77055


Stanley Access Technologies, LLC
P.O. Box 0371595
Pittsburgh, PA 15251-7595


State of Colorado
Department of Revenue
Denver, CO 80261-0004


State Systems Inc
1861 Vanderhorn Dr
Memphis, TN 38134


Stay Safe Systems
9336 Oak Knoll Cove
Cordova, TN 38018


Stephen Ostwinkle
819 Oakland Ave, Apt 102
Urbana, IL 61802


Sterling Fire Protection, LLC
P.O. Box 470
Pearland, TX 77588


Steven s Lawn Service
306 Wildberry Cove
Pearl, MS 39208


Storage Maintenance Specialist, Inc
8436 E Washington St
Indianapolis, IN 46219


Suburban Natural Gas Company
P.O. Box 183035
Columbus, OH 43218-3035

Superior Mechanical Services, Inc
3100 Plainfield Rd, Ste C
Dayton, OH 45432


Superior Septic, Inc
8 Indian Meadows Dr
Round Rock, TX 78665


Supply Side USA Inc
1120 W 130th St
Brunswick, OH 44212


Tais Laureano
c/o Cogency Gloal Inc
10 E 40th St, 10th Fl
New York, NY 10016


Tanner Heating/Air Conditioning Inc
2238 E River Rd
Dayton, OH 45439


Tax Collector
83 Broadway
Newburgh, NY 12550


Teddy Bear Services
P.O. Box 97028
Pearl, MS 39288


Tennessee Department of Revenue
Tax Enforcement Division
3150 N Appling Rd
Bartlett, TN 38133


Tennessee Dept of Revenue
Andrew Jackson State Office Bldg
500 Deaderick St
Nashville, TN 37242

Terminix Commercial
P.O. Box 742592
Cincinnati, OH 45274-2592


Texas Champion Services
613 North Fwy, Ste 108
Ft Worth, TX 76102


Texas City Independent School District
1700 9th Ave N
Texas City, TX 77590


Texas Comptroller
P.O. Box 13528
Capital Station
Austin, TX 78711-3528


The Backflow Guy LLC
829 Bethel Rd, Ste 115
Columbus, OH 43214


The Brady Law Firm, PC
Attn  Richard D Brady, Esq
P.O. Box 5050
Liberty, TX 77575


The Buzbee Law Firm
Attn  A G Buzbee, P K Taafe, B Ifejika
JP Morgan Chase Tower
600 Travis, Ste 7300
Houston, TX 77002


The Clarion-Ledger
P.O. Box 677577
Dallas, TX 75267-7577


The Daily News Publishing Company, Inc
P.O. Box 938
Paris, TN 38242

THH Cleaning
3308 Buell Rd
Cincinnati, OH 45251


Three Jay Construction
8517 N Springboro Pike
Miamisburg, OH 45342


Tim Calvin Access Controls, Inc
7585 Taway Rd
Radnor, OH 43066


Times Herald Record
P.O. Box 223510
Pittsburgh, PA 15251-2510


Todd Randall Rushing
2814 22nd Ave N
Texas City, TX 77590


Tomball ISD
P.O. Box 276
Tomball, TX 77377


Tony Yzaguirre, Jr
Tax Assessor Collector
P.O. Box 952
Brownsville, TX 78522-0952


Torsion Group Corp
P.O. Box 209298
Cleveland, OH 44194


Town of Hyde Park
11 Boice Rd
Hyde Park, NY 12538


Transformations Plus, Inc
800 Cherry Stone Cir
Clinton, MS 39056

Trotwood Fire Department
4 Strader Dr
Trotwood, OH 45426


Turf Tech
3419 Lincoln Rd
Hattiesburg, MS 39402


Tytiana Brown
7150 Smiling Wood Ln, Apt 804
Houston, TX 77086


Ultimate Fire Protection
P.O. Box 274
Henderson, CO 80640


Underground Water Resources, LLC
P.O. Box 429
Devine, TX 78016


Universal Glass
10701 Sunset Mesa Rd
Rye, CO 81069


US Attorney s Office for the ND of TX
Attn  Bankruptcy Div
1100 Commerce St, Ste 300
Dallas, TX 75242-1699


Venable LLP
Attn  Laura S Bouyea
750 E Pratt St, Ste 900
Baltimore, MD 21202


Vision Builders
8130 State Hwy 150 W
Coldspring, TX 77331

Vortex Colorado, Inc
File 1525
1801 W Olympic Blvd
Pasadena, CA 91199-1525


Warren County Treasurer
406 Justice Dr, Ste 226
Lebanon, OH 45036


Waste Connections
Lone Star, Inc
P.O. Box 742695
Cincinnati, OH 45274-2695


Waste-Managers, LLC
P.O. Box 847
Corning, CA 96021


Water District Management  WDM
North Green MUD
P.O. Box 550
Spring, TX 77383-0550


Wayne Overhead Door Sales of Dayton, Inc
9073 N State Rte 48
Centerville, OH 45458


WC Mississippi Storage Portfolio I, LLC
401 Congress Ave, 33rd Fl
Austin, TX 78701


WD Kuhn Enterprises, Inc
dba Stat Construction
P.O. Box 88
Staatsburg, NY 12580


Weijin Ji
147-18 Hawthorne Ave
Flushing, NY 11355

Wells Fargo Bank, NA, as Trustee
Attn  Corporate Trust Services
UBS 2018-C15
9062 Old Annapolis Rd
Columbia, MD 21045


Wendy Burgess - Tax Assessor Collector
P.O. Box 961018
Ft Worth, TX 76161


West Texas Stone Solutions
5206 Orsini Blfs
Round Rock, TX 78665


Westlake Industries, LLC
11500 Metric Blvd, Ste 285
Austin, TX 78758


Westlake Industries, LLC
814 Lavaca St
Austin, TX 78701


Williamson County Tax Office
Larry Gaddes, CTA
904 S Main St
Georgetown, TX 78626


WORD of Comal County
P.O. Box 2789
Canyon Lake, TX 78133


Worthington Area Chamber of Commerce
90 E Wilson Bridge Rd, Ste 100
Worthington, OH 43085


YCO Gate CO
P.O. Box 264
San Marcos, TX 78667

```
Youngstown Fence Inc
235 E Indianola Ave
Youngstown, OH 44507


Youngstown Plumbing    Hardware
2536 Mahoning Ave
Youngstown, OH 44509


Youngstown Warren Regional Chamber
11 Central Square, Ste 1600
Youngstown, OH 44503-1592


Youngstown Water Department
P.O. Box 6219
Youngstown, OH 44501
```